UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
SOUTHERN INDIANA



CAUSE NO: 1:16-CV-2403 JMS - DML

| | |
|---|---|
| JAMES MARTIN, )<br>  Plaintiff, )<br> )<br>vs. )<br> )<br> )<br>AUTOZONE, INC. )<br>  Defendant. ) | **MOTION TO DISMISS WITH PREJUDICE** |

Comes now the Plaintiff, James Martin, proceeding as Pro-se and would respectfully move this Honorable Court to Dismiss this case with Prejudice. Plaintiff states the following in true support:

1. Through various emails and phone calls with counsel for the defendant (Autozone, Inc.) measures are being taken to correct what the plaintiff considers to be a violation of the American Disability Act on their website.

2. The plaintiff is satisfied with the efforts made by the defendant to resolve, repair and fix those areas on their website to bring their website into full and complete compliance with the American Disabilities Act.

Wherefore, the plaintiff prays this Court will accept this Motion to Dismiss with Prejudice, and enter an order accordingly, costs paid by all parties.

Dated: September 22nd, 2016         By:___ James Martin, Plaintiff

                                    /s/ James Martin

## Certificate of Service

I hereby certify that I have served a true copy of this Motion upon counsel for the defendant at the following, on the date below (via' fax):

Michele F. Wood | AutoZone, Inc.
Employee Relations Attorney
123 South Front Street, Dept 8029
Memphis, Tennessee  38103

Dated: September 22nd, 2016                By:    James Martin, Plaintiff

                                                  /s/ James Martin

Plaintiff:

James Martin
735 ½ Center Street
Shelbyville, In 46176
(317) 604-5323