UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:16-cv-02403-JMS-DML |
| AUTOZONE, INC., | ) ) ) |
| Defendant. | ) |

**Entry Dismissing Action and Directing Clerk to Close Action on Docket**

The plaintiff's motion to dismiss with prejudice [dkt. 9] is **granted.** His motion serves as a notice of dismissal in accordance with Rule 41(a)(1)(A) of the *Federal Rules of Civil Procedure.*

The clerk shall close this action on the docket.

**IT IS SO ORDERED.**

Date: September 29, 2016

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

JAMES MARTIN
735 Center Street
Shelbyville, IN 46176

Autozone, Inc.
Executive Offices - Legal
123 Front Street
Memphis, TN 38103-3607

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.